# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DORIAN BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | Case Number: |
| v. ) | 2:10:cv-2473-WMA-PWG |
| ) | |
| L. DANIEL, Warden, and the ATTORNEY ) | |
| GENERAL FOR THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

This is a case on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Dorian Brown, an Alabama state prisoner acting *pro se*. The magistrate judge filed findings and a recommendation that the petition is due to be denied. (Doc. 12). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. As a result, the petition for writ of habeas corpus is due to be DENIED and the action is due to be DISMISSED WITH PREJUDICE. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 26th day of September, 2011.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE